IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WILLIAMS,<br><br>    Petitioner,<br><br>  vs.<br><br>GEORGE A. NEOTTI,<br><br>    Respondent.<br>_____/ | No. C 11-5208 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

      This pro se habeas action was filed on October 25, 2011. On that same day, petitioner was notified that he head neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). A copy of the court's form for IFP applications was provided with the notice along with a return envelope. Petitioner was informed that if he did not either pay the fee or file an IFP application within thirty days the case would be dismissed. No response has been received. This case is therefore **DISMISSED** without prejudice.

      The clerk shall close this file.

      **IT IS SO ORDERED.**

Dated: December   19  , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\WILLIAMS5208.DFP.wpd